UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS MCGILL,

    Petitioner,

v.                                          Case No. 4:21cv406-WS/HTC

RICKY D. DIXON,

    Respondent.
_____/

AMENDED ORDER ADOPTING THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION[1]

Before the court is the magistrate judge's report and recommendation (ECF No. 35) dated May 8, 2024. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus (ECF No. 1) be granted. Respondent initially filed objections (ECF No. 43) to the report and recommendation on July 19, 2024, then filed amended/corrected objections on July 30, 2024. Petitioner has not responded to Respondent's objections.

In her report and recommendation, the magistrate judge explained that Respondent violated the *Ex Post Facto* Clause of the United States Constitution

---

[1] This amended order is entered to clarify that the habeas relief to which Petitioner is entitled is the 4,148 days of gain-time credit attributed to Petitioner from incarceration to February 2016 *and* such additional gain-time credit that should have been recorded and accrued for Petitioner from February 2016 forward, as recommended by the Magistrate Judge in the Report and Recommendation.

when—in 2016—it changed its interpretation of Florida's 1994 gain-time statute, Florida Statute § 944.275 (1994), as well as its implementing regulation, Florida Administrative Code r. 33–11.0065, then retrospectively applied the changed interpretation to Petitioner's sentence.  The magistrate judge concluded that the state courts' summary denial of sentencing relief to Petitioner "was contrary to, and involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court, as well as an unreasonable misapplication of the facts to the law." ECF No. 35, pp. 1–2.

Having reviewed the matter, the undersigned (1) agrees with the magistrate judge's well-reasoned analysis of Petitioner's habeas corpus claim; and (2) finds Respondent's objections to the report and recommendation unconvincing.

Accordingly, it is ORDERED:

1.    Petitioner's § 2241 petition for writ of habeas corpus (ECF No. 1) is GRANTED.

2.    The Secretary of the Florida Department of Corrections (the "Department") shall apply 4,148 gain-time credits *along with* such amount of gain-time credits that should have accrued and been recorded for Petitioner from 2016 forward to Petitioner's sentence, consistent with the magistrate judge's report and recommendation and with the Department's pre-2016 interpretation of Florida Statute, § 944.275 (1994) and Florida Administrative Code r. 33–11.0065.

3. The clerk shall enter an amended judgment consistent herewith.

DONE AND ORDERED this 16th day of September, 2024.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE